FILED IN OPEN COURT
OCT 25 2023
CHARLES R. DIARD, JR.
CLERK

JST

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 23-198-JB |
| | * | USAO NO. 23R00184 |
| v. | * | |
| | * | VIOLATION:   18 USC § 922(a)(6) |
| JASON DEWAYNE MCSWAIN, JR. | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### False Statement During Purchase of a Firearm
### Title 18, United States Code, Section 922(a)(6)

On or about August 5, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**JASON DEWAYNE MCSWAIN, JR.,**

in connection with the attempted acquisition of a firearm, namely, a Taurus, model G3C, 9mm pistol, serial number ACJ252483, did knowingly make a false and fictitious written statement to J.E., a federally licensed firearms dealer (hereinafter, FFL), with the intent to deceive the FFL as to a fact material to the lawfulness of such acquisition of the said firearm to the said defendant under the provisions of Chapter 44, Title 18, United States Code, in that the defendant answered "No" to question 21.e. on the ATF Firearms Transaction Record Form 4473, in that he represented that he had not been convicted in any court of a felony, or any other crime for which the judge

1

could have sentenced him to a term of imprisonment for more than one year, whereas in truth and fact, as the defendant then well knew, he was previously convicted of:

1. Possession of Marijuana in the First Degree, on or about April 10, 2023, in the Circuit Court of Mobile County, Alabama, case number CC-2023-001203; and

2. Possession of Marijuana in the First Degree, on or about April 10, 2023, in the Circuit Court of Mobile County, Alabama, case number CC-2023-001205

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

JESSICA S. TERRILL
Assistant United States Attorney

SEAN P. COSTELLO      for Costello      OCTOBER 2023
United States Attorney

2